PHILLIP A. TALBERT
United States Attorney
NICHOLAS FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sep 28, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

DOMINIC DANTE DAVIS and
SHARITA LAVELL WRIGHT,

　　　　Defendant.

CASE NO. 2:23-cr-0249 DAD

ORDER TO SEAL

(UNDER SEAL)

　　　The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Nicholas Fogg to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: September 28, 2023

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3