UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 6, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0249 DAD-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| DOMINIC DANTE DAVIS | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DOMINIC DANTE DAVIS</u> Case No. <u>2:23-cr-0249 DAD-1</u> Charges <u>18 U.S.C §286</u> from custody for the following reasons:

<u>  x  </u>   Release on Personal Recognizance

<u>     </u>   Bail Posted in the Sum of $ <u>                    </u>

<u>     </u>   Unsecured Appearance Bond $ <u>                    </u>

<u>     </u>   Appearance Bond with 10% Deposit

<u>     </u>   Appearance Bond with Surety

<u>     </u>   Corporate Surety Bail Bond

<u>     </u>   (Other): <u>  </u>

Issued at Sacramento, California on October 6, 2023 at 2:30 PM

By:   <u>/s/ Carolyn K. Delaney</u>

Magistrate Judge Carolyn K. Delaney