HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23CR249-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: December 12, 2023 |
| DOMINIC DANTE DAVIS and SHARITA LAVELL WRIGHT, | Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that the status hearing currently set for December 12, 2023, at 9:30 a.m. be continued to March 5, 2024, at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on December 12, 2023, at 9:30 a.m.

2. By stipulation, Mr. Davis now moves to continue the status conference to March 5, 2024, at 9:30 a.m. Ms. Wright joins in that request.

3. To date, the government has produced roughly 8,000 pages and various audio/video recordings of discovery to the defendants.

4. Mr. Davis and Ms. Wright require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

5. Mr. Davis and Ms. Wright believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance request.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 12, 2023 and March 5, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Davis, and Ms. Wright in a speedy trial.

//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2023
*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Davis

Date: December 6, 2023
*/s/ William Flynn Portanova*
WILLIAM FLYNN PORTANOVA
Attorney for Ms. Wright

Date: December 6, 2023
PHILLIP A. TALBERT
United States Attorney

*/s/ Nicholas M. Fogg*
NICHOLAS M. FOGG
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time
-3-
*United States v. Davis, et. al.*
2:23-CR-249-DAD

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference currently set for December 12, 2023, is continued to March 5, 2024, at 9:30 a.m. and time is excluded through March 5, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: __December 7, 2023__         _____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE