HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
DOMINIC DANTE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC DANTE DAVIS and<br>SHARITA LAVELL WRIGHT,<br><br>Defendants. | Case No. 2:23-CR-249-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: March 5, 2024<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that the status hearing currently set for March 5, 2023 at 9:30 be continued to **May 13, 2024** at 9:30 a.m.

The parties specifically stipulate as follows:

1. Mr. Davis and Ms. Wright were arraigned on the indictment on October 6, 2023. ECF no. 8.
2. By previous order, this matter was set for a status on March 5, 2023 at 9:30 a.m.
3. By stipulation, Mr. Davis now moves to continue the status conference to May 13, 2024 at 9:30 a.m. Ms. Wright joins in that request.

4. On December 6, 2024, the government produced roughly 8,000 pages and various audio/video recordings of discovery to Mr. Davis. The government has also produced the discovery to Ms. Wright.

5. Mr. Davis and Ms. Wright require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

6. Mr. Davis and Ms. Wright believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance request.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between March 5, 2023 and May 13, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Davis, and Ms. Wright in a speedy trial.

//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 28, 2024 | /s/  Hootan Baigmohammadi<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Mr. Davis |
| Date: February 28, 2024 | /s/  William Flynn Portanova<br>WILLIAM FLYNN PORTANOVA<br>Attorney for Ms. Wright |
| Date: February 28, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Nicholas M. Fogg<br>NICHOLAS M. FOGG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case previously scheduled for March 5, 2023 is continued to May 13, 2024 at 9:30 a.m. and the time period between March 5, 2023 and May 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: **February 28, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE