```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Davis
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-249-DAD-1 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO MODIFY** |
| vs. | ) **CONDITIONS OF RELEASE** |
| DOMINIC DANTE DAVIS, | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Nicholas Fogg, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis, that the special conditions of release at ECF no. 11 be modified to add condition number 14 that reads as follows:

*14. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;*

//

//

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 Date: March 22, 2024 | */s/ Hootan Baigmohammadi* |
| 4 | HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender |
| 5 | Attorneys for Defendant<br>Mr. Davis |

Date: March 22, 2024    PHILLIP A. TALBERT
United States Attorney

*/s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 25, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE