HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23CR249-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) Date: May 13, 2024 |
| DOMINIC DANTE DAVIS and SHARITA LAVELL WRIGHT, | ) Time: 9:30 a.m. ) Judge: Hon. Dale A. Drozd |
| Defendants. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that the status hearing currently set for May 13, 2023, at 9:30 be continued to July 30, 2024, at 9:30 a.m.

The parties specifically stipulate as follows:

1. Mr. Davis and Ms. Wright were arraigned on the indictment on October 6, 2023. ECF no. 8.
2. By previous order, this matter was set for a status on May 13, 2023, at 9:30 a.m.
3. By stipulation, Mr. Davis now moves to continue the status conference to July 30, 2024, at 9:30 a.m. Ms. Wright joins in that request.

4. On December 6, 2024, the government produced roughly 8,000 pages and various audio/video recordings of discovery to Mr. Davis. The government has also produced the discovery to Ms. Wright.

5. Mr. Davis and Ms. Wright require additional time to review the discovery, investigate and research possible defenses, research potential pretrial motions, and explore potential resolutions to the case, and otherwise prepare for trial.

6. Mr. Davis and Ms. Wright believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance request.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 13, 2023 and July 30, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Davis, and Ms. Wright in a speedy trial.

//
//
//
//
//
//
//
//
//

|     |                      |                                                    |
| --- | -------------------- | -------------------------------------------------- |
| 1   |                      |                                                    |
| 2   |                      | Respectfully submitted,                            |
| 3   |                      | HEATHER E. WILLIAMS<br>Federal Defender            |
| 4   |                      |                                                    |
| 5   | Date: May 8, 2024    | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender |
| 6   |                      | Attorneys for Mr. Davis                            |

Date: May 8, 2024            */s/ William Flynn Portanova*
                             WILLIAM FLYNN PORTANOVA
                             Attorney for Ms. Wright

Date: May 8, 2024            PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Nicholas M. Fogg*
                             NICHOLAS M. FOGG
                             Assistant United States Attorney
                             Attorneys for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time                -3-                *United States v. Davis, et. al.*
                                                              2:23-CR-249-DAD

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status hearing currently set for May 13, 2023, is continued to July 30, 2024, at 9:30 a.m. and time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4). No further continuances of the status conference in this case will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **May 8, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference and Exclude Time       -4-       *United States v. Davis, et. al.*       2:23-CR-249-DAD