1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Davis
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,      ) Case No.  2:23-CR-249-DAD
11                                 )
              Plaintiff,           ) **STIPULATION AND ORDER TO CONTINUE**
12                                 ) **STATUS CONFERENCE AND EXCLUDE TIME**
              vs.                  )
13                                 ) Date:  October 15, 2024
    DOMINIC DANTE DAVIS and        ) Time:  9:30 a.m.
14  SHARITA LAVELL WRIGHT,         ) Judge: Hon. Dale A. Drozd
                                   )
15            Defendants.          )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Attorney Nicholas M. Fogg, counsel for

18  Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova,

20  counsel for Sharita Lavell Wright that the status hearing currently set for October 15, 2024, at

21  9:30 be continued to October 29, 2024, at 9:30 a.m.

22          The parties specifically stipulate as follows:

23      1.      Mr. Davis and Ms. Wright were arraigned on the indictment on October 6, 2023.

24              ECF no. 8.

25      2.      By previous order, this matter was set for a status on October 15, 2024, at 9:30

26              a.m.

27      3.      By stipulation, Mr. Davis now moves to continue the status conference to October

28

1    29, 2024, at 9:30 a.m.  Ms. Wright joins in that request.

2    4.   On December 6, 2024, the government produced roughly 8,000 pages and various

3         audio/video recordings of discovery to Mr. Davis.  The government has also

4         produced the discovery to Ms. Wright.

5    5.   Mr. Davis and Ms. Wright request additional time before proceeding with another

6         status conference. The parties are close to reaching agreements to resolve the case

7         as to both defendants. They are working through several restitution questions and

8         need a few additional weeks.

9    6.   Mr. Davis and Ms. Wright believe that failure to grant the requested continuance

10        would deny them the reasonable time necessary for effective preparation, taking

11        into account the exercise of due diligence.

12   7.   The government does not object to the continuance request.

13   8.   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

14        Act), the parties request that the time period between October 15, 2024 and

15        October 29, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. §

16        3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

17        granted by the Court at the defense's request, based on a finding that the ends of

18        justice served by granting the continuance outweighs the best interest of the

19        public, Mr. Davis, and Ms. Wright in a speedy trial.

20

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

Stipulation and Order to Continue Status          -2-          *United States v. Davis, et. al.*
Conference and Exclude Time                                    2:23-CR-249-DAD

1

2                                          Respectfully submitted,

3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4
Date: October 10, 2024                     */s/  Hootan Baigmohammadi*
5                                          HOOTAN BAIGMOHAMMADI
                                           Assistant Federal Defender
6                                          Attorneys for Mr. Davis

7

8       Date: October 10, 2024             */s/  William Flynn Portanova*
                                           WILLIAM FLYNN PORTANOVA
9                                          Attorney for Ms. Wright

10

11
        Date: October 10, 2024                      PHILLIP A. TALBERT
12                                         United States Attorney

13                                         */s/ Nicholas M. Fogg*
                                           NICHOLAS M. FOGG
14                                         Assistant United States Attorney
                                           Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause

appearing therefrom, adopts the parties' stipulation in its entirety as its order.   The status

conference currently set for October 15, 2024, is continued to October 29, 2024, at 9:30 a.m.

**However, no further continuances of the of the status conference in this case will be**

**granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:     **October 10, 2024**          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Conference and Exclude Time                              -4-                         *United States v. Davis, et. al.*
                                                                                                  2:23-CR-249-DAD