HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00249-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: February 3, 2025 |
| DOMINIC DANTE DAVIS and SHARITA LAVELL WRIGHT, | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that Judgment and Sentencing currently set for February 3, 2025, at 9:30 be continued to April 14, 2025, at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on February 3, 2025, at 9:30 a.m.

2. By stipulation, Mr. Davis and Ms. Wright move to continue the Judgment and Sentencing to April 14, 2025, at 9:30 a.m.

3. Good cause and compelling circumstances exist to continue the matter. In preparation for the presentence investigation report, Mr. Davis was not interviewed until January 6, 2025, due to holiday leave/travel. Additionally, the scheduling of Ms. Wright's interview was also delayed and is currently scheduled for February 11, 2025. As such, additional time is needed to complete the presentence report after the interview.

4. Without government objection, the parties stipulate to the following modified sentencing schedule.

| | |
|---|---|
| **Draft PSR** | March 3, 2025 |
| **Informal Objections** | March 17, 2025 |
| **Final PSR** | March 24, 2025 |
| **Formal Objections** | March 31, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | April 7, 2025 |
| **Judgment and Sentencing** | April 14, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2025     */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Davis

Date: January 24, 2025     */s/ William Flynn Portanova*
WILLIAM FLYNN PORTANOVA
Attorney for Ms. Wright

Date: January 24, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nicholas M. Fogg*
NICHOLAS M. FOGG
Assistant United States Attorney
Attorneys for Plaintiff

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing hearing previously scheduled for February 3, 2025, is continued to April 14, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **January 24, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE