| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Davis |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:23CR249-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **JUDGMENT AND SENTENCING** |
| vs. | ) |
| | ) Date:  April 14, 2025 |
| DOMINIC DANTE DAVIS and | ) Time:  9:30 a.m. |
| SHARITA LAVELL WRIGHT, | ) Judge: Hon. Dale A. Drozd |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that Judgment and Sentencing currently set for April 14, 2025, at 9:30 be continued to May 12, 2025, at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on April 14, 2025, at 9:30 a.m.

2. By stipulation, Mr. Davis moves to continue the Judgment and Sentencing to May 12, 2025, at 9:30 a.m.

3. Good cause and compelling circumstances exist to continue the matter. The draft PSR was published on Friday, March 14, 2025, at roughly 4:00 p.m. The default allowance of time to submit informal objections is two weeks, which in this case would be March 28, 2025. However, the current deadline to publish the final PSR was March 24, 2025. Furthermore, defense counsel for both Mr. Davis and Ms. Wright are on leave for various parts of March and April. Mr. Davis requests the continuance in order to have adequate time to submit informal PSR objections.

4. Neither the government nor Ms. Wright object to Mr. Davis' request.

5. After consulting with U.S. Probation, the parties stipulate to the following modified sentencing schedule.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | April 14, 2025 |
| **Final PSR** | April 21, 2025 |
| **Formal Objections** | April 28, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | May 5, 2025 |
| **Judgment and Sentencing** | May 12, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 25, 2025         */s/ Hootan Baigmohammadi*
                             HOOTAN BAIGMOHAMMADI
                             Assistant Federal Defender
                             Attorneys for Mr. Davis


Date: March 25, 2025         */s/ William Flynn Portanova*
                             WILLIAM FLYNN PORTANOVA
                             Attorney for Ms. Wright

Date: March 25, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nicholas M. Fogg*
NICHOLAS M. FOGG
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

Having received and considered the parties' stipulation, and good cause appearing, the sentencing hearing scheduled in this case for April 14, 2025, is continued to May 12, 2025, at 9:30 a.m. The court adopts the parties proposed scheduled for presentence report related filing dates.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE