WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
SHARITIA WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC DANTE DAVIS and<br>SHARITA LAVELL WRIGHT,<br><br>Defendants. | Case No. 2:23CR249-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date: May 12, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that Judgment and Sentencing currently set for May 12, 2025 at 9:30 be continued to June 9, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on May 12, 2025, at 9:30 a.m.

2. By stipulation, Ms. Wright and Mr. Davis move to continue the Judgment and Sentencing to June 9, 2025, at 9:30 a.m.

3. Good cause and compelling circumstances exist to continue the matter. The final Presentence Report was published on Monday, April 21, 2025. Defense counsel

requires a short continuance to obtain additional records relevant to both the final presentence report and to the court's consideration at sentencing.

4. The government does not object to Mr. Davis and Ms. Wright's request.

5. After consulting with U.S. Probation, the parties stipulate to the following modified sentencing schedule:

| | |
|---|---|
| **Formal Objections** | May 26, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | June 2, 2025 |
| **Judgment and Sentencing** | June 9, 2025 |

Respectfully submitted,

Date: April 30, 2025

*/s/ William Flynn Portanova*
WILLIAM FLYNN PORTANOVA
Attorney for Ms. Wright


HEATHER E. WILLIAMS
Federal Defender

Date: April 30, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Davis


Date: April 30, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nicholas M. Fogg*
NICHOLAS M. FOGG
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing hearing previously scheduled for May 12, 2025, is continued to June 9, 2025, at 9:30 a.m. and the schedule with respect to the filing of objections to the presentence report and replies thereto proposed by the parties is adopted.

IT IS SO ORDERED.

Dated: **May 6, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE