HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23CR249-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | Date: June 9, 2025 |
| DOMINIC DANTE DAVIS and SHARITA LAVELL WRIGHT, | Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nicholas M. Fogg, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Dominic Dante Davis; and William Flynn Portanova, counsel for Sharita Lavell Wright that Judgment and Sentencing currently set for June 9, 2025 at 9:30 be continued to July 28, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on June 9, 2025 at 9:30 a.m.

2. By stipulation, Mr. Davis moves to continue the Judgment and Sentencing to July 28, 2025 at 9:30 a.m.

3. Good cause and compelling circumstances exist to continue the matter. Sentencing memorandums are due today, June 2, 2025. Defense counsel for Mr. Davis devoted Sunday, June 1, 2025 to write his Sentencing Memorandum. However, the office network unexpectedly went down leaving defense counsel without access to his electronic files. Furthermore, Mr. Portanova and Mr. Fogg are preparing for a jury trial in another case currently set for the middle of June 2025.

4. Neither the government nor Ms. Wright object to Mr. Davis' request.

5. After consulting with U.S. Probation, the parties stipulate to the following modified sentencing schedule.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | completed |
| **Response to Formal Objections/Sentencing Memorandum** | July 21, 2025 |
| **Judgment and Sentencing** | July 28, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Davis

| | |
|---|---|
| Date: June 2, 2025 | /s/ William Flynn Portanova<br>WILLIAM FLYNN PORTANOVA<br>Attorney for Ms. Wright |
| Date: June 2, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ Nicholas M. Fogg<br>NICHOLAS M. FOGG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 3, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE